**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of the Application of<br><br>PEOPLE OF THE STATE OF NEW YORK,<br>by LETITIA JAMES, Attorney General of the<br>State of New York,<br><br>        Plaintiff/Petitioner,<br><br>    v.<br><br>THE GEO GROUP, INC.,<br><br>        Defendant/Respondent. | Case No. 1:20-cv-11084-PGG |

<u>**JOINT STIPULATED BRIEFING SCHEDULE AND PROPOSED ORDER**</u>

WHEREAS, on December 15, 2020, Plaintiff-Petitioner the People of the State of New York, by Letitia James, Attorney General of the State of New York (the "New York Attorney General"), filed a verified petition in the Supreme Court of the State of New York, County of New York, to enforce subpoenas against Defendant-Respondent The GEO Group, Inc. ("GEO");

WHEREAS, on December 30, 2020, GEO noticed the removal of this action to this Court under 28 U.S.C. § 1442(a);

WHEREAS, under Federal Rule of Civil Procedure 81(c)(2)(C), GEO presently has until January 6, 2021 to respond to the New York Attorney General's verified petition;

WHEREAS, the parties have conferred in good faith and have determined that the press of business and the holidays justify extending GEO's time to respond to the New York Attorney General's verified petition by fourteen (14) days; and

WHEREAS, the parties have agreed upon a schedule for GEO's response;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1

1. GEO's deadline for responding to the New York Attorney General's verified petition shall be January 20, 2021.

2. Nothing in this stipulation shall be interpreted to waive the New York Attorney General's right to move to remand the action to state court under 28 U.S.C. § 1447(c).

The Stipulation may be signed in counterparts, and a facsimile or copy of this document shall have the same force and effect as an original.

Dated: January 4, 2021

s/ Lillian M. Marquez
Jessica Clarke, Bureau Chief
Lillian M. Marquez, Assistant Attorney General
Lindsay McKenzie, Assistant Attorney General
Civil Rights Bureau
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6401
Lillian.Marquez@ag.ny.gov

*Attorneys for Plaintiff-Petitioner The People of the State of New York, by Letitia James, Attorney General of the State of New York*

s/ Michael W. Kirk
Michael W. Kirk
Steven J. Lindsay*
Tiernan Kane*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
mkirk@cooperkirk.com

\* Application for admission pro hac vice forthcoming

Kevin A. Fritz
Meister Seeling & Fein LLP
125 Park Ave., 7th Floor
New York, NY 10017
(212) 655-3500
kaf@msf-law.com

*Attorneys for Defendant-Respondent The GEO Group, Inc.*

SO ORDERED:

_____
Judge Paul G. Gardephe
Dated: January 5, 2021

2