## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of<br><br>PEOPLE OF THE STATE OF NEW YORK,<br>by LETITIA JAMES, Attorney General of the<br>State of New York,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant/Respondent. | Case No. 1:20-cv-11084-PGG<br><br>X[PROPOSED] ORDER FOR<br>ADMISSION PRO HAC VICE |

The motion of Steven J. Lindsay, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Virginia; and that his contact information is as follows:

Steven J. Lindsay
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
slindsay@cooperkirk.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant/Respondent THE GEO GROUP, INC., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 11, 2021

_____
United States District XMagistrate Judge