UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES, Attorney General of the
State of New York,

                Plaintiff-Petitioner,

- against -

THE GEO GROUP, INC.,

                Defendant-Respondent.

**ORDER**

20 Civ. 11084 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The following briefing schedule will apply to the New York Attorney General's petition to enforce the subpoenas and The Geo Group, Inc.'s ("GEO") motion to dismiss:

1. GEO's opposition to the petition and its motion to dismiss is due on **March 2, 2021**;

2. the Attorney General's reply and its opposition to GEO's motion to dismiss is due on **March 16, 2021**;

3. GEO's reply, if any, is due by **March 23, 2021.**

Dated: New York, New York
        February 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge