UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>   *Plaintiff-Petitioner,*<br><br>   v.<br><br>THE GEO GROUP, INC.,<br><br>   *Defendant-Respondent.* | Case No. 20-cv-11084-PGG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

To the Clerk of this Court and all parties of record:

  WHEREAS, Plaintiff-Petitioner People of the State of New York, by Letitia James, the Attorney General of the State of New York ("Attorney General"), filed a Verified Petition, dated December 15, 2020, seeking an order from the New York State Supreme Court to compel Petitioner-Respondent The GEO Group, Inc. ("GEO") to comply with investigative subpoenas regarding its operation of the Queens Detention Facility ("QDF") and civil penalties, and

  WHEREAS, GEO removed that petition to this Court on December 30, 2020, and

  WHEREAS, on March 3, 2021, the United States Marshals Service ("USMS") provided notice of the cancellation of its contract with GEO for detention services at QDF, and

  WHEREAS, on March 29, 2021, GEO confirmed to the Court, by way of a Declaration sworn by Kent Tingum, that due to the USMS's cancellation: (1) detainees would be transferred out of QDF by March 31, 2021, and (2) all QDF employees would be terminated or transferred away from QDF by March 31, 2021, except for (i) a maintenance worker who will maintain the

facility while it is empty and (ii) a business person who will be closing out the facility's financial affairs, and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Attorney General and GEO (the "Parties"), by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-captioned matter is dismissed without prejudice, with each party to bear its own costs and fees.

IT IS FURTHER STIPULATED AND AGREED by the Parties that GEO has provided the Attorney General with a supplemental sworn declaration confirming that, as of April 1, 2021, all detainees have been transferred out of QDF, and all QDF employees except for a maintenance worker and a business person have been terminated or transferred away from QDF, and

IT IS FURTHER STIPULATED AND AGREED by the Parties that the Attorney General may reinstate the above-captioned case upon information that QDF has reopened and motion to the Court, and

IT IS FURTHER STIPULATED AND AGREED that this stipulation is conditioned upon the Court so-ordering this stipulation and, in doing so, retaining jurisdiction to reinstate this case and decide the pending petition and motion to dismiss, and

IT IS FURTHER STIPULATED AND AGREED that electronic and facsimile signatures will be deemed original signatures for purposes of this Stipulation and that this Stipulation may be executed in counterparts.

Dated: New York, New York
       May 12, 2021

LETITIA JAMES
Attorney General
State of New York

| | |
|---|---|
| By: *s/ Lillian Marquez* | By: *s/ Michael W. Kirk* |
| Lillian Marquez, Asst. Attorney General | Michael W. Kirk |
| Lindsay McKenzie, Asst. Attorney General | Tiernan Kane* |
| Civil Rights Bureau | COOPER & KIRK, PLLC |
| State of New York | 1523 New Hampshire Ave., NW |
| Office of the Attorney General | Washington, DC 20036 |
| Tel: 212-416-8250 | (202)220-9600 |
| Lillian.Marquez@ag.ny.gov | mkirk@cooperkirk.com |
| Lindsay.McKenzie@ag.ny.gov | |
| | Kevin A. Fritz |
| *Attorneys for Plaintiff-Petitioner* | MEISTER SEELING & FEIN LLP |
| | 125 Park Ave., 7th Floor |
| | New York, NY 10017 |
| | (212) 655-3500 |
| | kaf@msf-law.com |
| | |
| | *Admitted pro hac vice |
| | |
| | *Attorneys for Defendant-Respondent The GEO Group, Inc.* |

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Dated: May 13, 2021

3